

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MARY CUMMINS, | § | No. 08-16-00102-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 3 |
| AMANDA LOLLAR, | § | of Tarrant County, Texas |
| Appellee. | § | (TC # 2015-002259-3) |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of jurisdiction. Finding that there is no final judgment or appealable order, we dismiss the appeal for want of jurisdiction.

Appellant's notice of appeal indicates that she is appealing from an oral order of the trial court on Appellant's motion to dismiss the suit against her.[1] Presumably, the trial court denied Appellant's motion to dismiss. It is well settled that appellate courts have jurisdiction over final judgments and interlocutory orders made appealable by statute. *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); TEX.CIV.PRAC.&REM.CODE ANN. § 51.014 (West 2015)(authorizing appeals from certain interlocutory orders). A final judgment is one that

---

[1] In the notice of appeal, Appellant indicates that she is appealing to the Eighth Court of Appeals because the members of the Second Court of Appeals are recused. To our knowledge, the Texas Supreme Court has not entered an order transferring this appeal to the Eighth Court of Appeals. Further, there is no evidence Appellant has followed the procedures set forth in TEX.R.APP.P. 16.3 for recusing a justice of a court of appeals.

disposes of all pending parties and claims. *See Lehmann*, 39 S.W.3d at 195. On May 27, 2016, we gave Appellant notice of our intent to dismiss the appeal for lack of jurisdiction, but she has not filed any response. Finding there is no final judgment or appealable order, we dismiss the appeal for lack of jurisdiction.

August 17, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.